# EXHIBIT 2

**Brendan Fischer**

| | |
|---|---|
| **From:** | Brendan Fischer |
| **Sent:** | Wednesday, March 01, 2017 6:24 PM |
| **To:** | OGC.Electronic.Freedom.of.Information@usdoj.gov; OGC_EFOIA@BOP.GOV |
| **Subject:** | RE: FOIA #2017-02998 |

Per our conversation, I also would like to add the following to the items requested in the previous email:

- All inquiries to the BOP from the Attorney General's office pertaining to the August 18, 2016 memo on private prisons, and all BOP responses to those inquiries

As stated in the initial request, the timeframe for this request is November 9, 2016 to February 21, 2017.

**From:** Brendan Fischer
**Sent:** Wednesday, March 01, 2017 5:48 PM
**To:** 'OGC.Electronic.Freedom.of.Information@usdoj.gov'; 'OGC_EFOIA@BOP.GOV'
**Subject:** RE: FOIA #2017-02998

Thank you for the reply. I have called the number on the attached document and left a message for Mr. Stroble.

I am seeking records from BOP.

The request seeks the following:

- All factual materials, reports, and other evidence that the DOJ considered in reaching its conclusion to rescind the August 18, 2016 memo on private prisons
- All correspondence with David Stewart
- All correspondence with Ryan Robichaux
- All correspondence with Michael Scrivner
- All correspondence with Peter Leon
- All correspondence with Leo Aguirre
- All correspondence with Mark Smith
- All records that mention "Rebuilding America Now"

I can clarify the request accordingly:

- All factual materials, reports, and other evidence that the BOP provided, or that the Attorney General's office requested, with regards to the decision to rescind the August 18, 2016 memo on private prisons
- All correspondence between the BOP and David Stewart
- All correspondence between the BOP and Ryan Robichaux
- All correspondence between the BOP and Michael Scrivner
- All correspondence between the BOP and Peter Leon
- All correspondence between the BOP and Leo Aguirre
- All correspondence between the BOP and Mark Smith
- All records in the possession of the BOP that mention "Rebuilding America Now"

**From:** OGC.Electronic.Freedom.of.Information@usdoj.gov [mailto:OGC.Electronic.Freedom.of.Information@usdoj.gov]
**Sent:** Wednesday, March 01, 2017 5:34 PM

**To:** Brendan Fischer
**Subject:** FOIA #2017-02998

Please see attached.

2