# EXHIBIT 4

**Brendan Fischer**

**From:** Brendan Fischer
**Sent:** Tuesday, June 06, 2017 1:39 PM
**To:** 'mnorth@bop.gov'
**Subject:** FOIA #2017-03002

Michael:

In our conversation on June 1, 2017, you stated that in order for BOP to search for the email portion of CLC's February 28, 2017 request (FOIA 2017-03002), it would need the email domain names for the individual non-BOP employees named in the request, and the names of specific BOP employees to whom the request is directed.

We are willing to revise our request in order to identify the specific email domains for the non-BOP employees named in the request.

Accordingly, we request:

- All factual materials, reports, and other evidence that the BOP provided, or that the Attorney General's office requested, with regards to the decision to rescind the August 18, 2016 memo on private prisons.
- All inquiries to the BOP from the Attorney General's office pertaining to the August 18, 2016 memo on private prisons, and all BOP responses to those inquiries.

All emails, sent to and received from, the following domains:
- @capitolcounsel.com
- @bradley.com
- @slgroupdc.com

All emails, sent and received, that mention:

- "Rebuilding America Now"

However, we are unable and unwilling to specify the names of particular BOP employees to whom this request pertains. This new demand from BOP could unduly narrow the scope of our request.

BOP's purported difficulties in searching the email component of CLC's February 28, 2017 request had not been raised before June 1, 2017, despite multiple interactions between CLC and BOP. It was not raised on March 1, 2017, when BOP FOIA Public Liaison Mr. C. Darnell Stroble spoke with CLC and requested that we tailor our request (which we did), nor was it raised on May 16, when BOP's Linda Bowe advised CLC that document requests had already been submitted to BOP's component offices.

As we discussed, CLC's request has been granted expedited processing by the Office of Public Affairs. We anticipate a timely response to this request.


Brendan M. Fischer
Federal and FEC Program Director
Campaign Legal Center

1

1411 K St. NW, Suite 1400
Washington, DC 20005
Direct: (202)856-7914
@brendan_fischer