**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,      ) | |
|                               ) | |
|     Plaintiff,                 ) | |
|                               ) | |
|     v.                           ) | Civil Action No. 17-cv-1170-EGS |
|                               ) | |
| DEPARTMENT OF JUSTICE,      ) | |
|                               ) | |
|     Defendant.               ) | |
| _____) | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, pursuant to the Court's minute order dated August 7, 2017, respectfully submit the following:

1. Plaintiff has received responses from three offices indicating the absence of responsive documents: The Office of Legal Counsel ("OLC"), the Bureau of Prisons ("BOP"), and the Office of the Inspector General ("OIG").

2. The Office of Information Policy ("OIP"), on behalf of the Office of the Attorney General and the Office of Public Affairs, has produced 55 pages of responsive documents. These documents contain two types of redactions: (1) various "To" fields in emails from news outlets are redacted pursuant to 5 U.S.C. § 552(b)(6), which exempts "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy," and (2) news outlet emails claimed non-responsive.

3. OIP has also withheld in full 39 pages of documents as exempt pursuant to 5 U.S.C. § 552(b)(5), which pertains to deliberative process privilege.

4.       Defendant has agreed to produce a Vaughn Index with respect to the 39 withheld pages from OIP and the material redacted pursuant to 5 U.S.C. § 552(b)(6) by October 20, 2017.  The parties propose to file a joint status report by October 27, 2017.

Dated: September 28, 2017

                                                Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Serena M. Orloff*
SERENA M. ORLOFF
California Bar No. 260888
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W.
Washington, D.C. 20530
(202) 305-0167

Attorneys for Defendant

*/s/ Mark P. Gaber*
MARK P. GABER
DC Bar No. 988077
PAUL M. SMITH
DC Bar No. 358870
ADAV NOTI
DC Bar No. 490714
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of September, 2017, I caused the foregoing document to be served on counsel for defendant by filing with the court's electronic case filing system.

                      */s/ Mark P. Gaber*
                      Mark P. Gaber