**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,        ) | |
|             Plaintiff,        ) | |
|     v.        ) | Civil Action No. 17-cv-1170-EGS |
| DEPARTMENT OF JUSTICE,        ) | |
|             Defendant.        ) | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, pursuant to the Court's minute order dated October 31, 2017, respectfully submit the following:

1. This case was brought to obtain agency records pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

2. Since filing the case, Plaintiff has received responses from three offices indicating the absence of responsive documents: The Office of Legal Counsel ("OLC"), the Bureau of Prisons ("BOP"), and the Office of the Inspector General ("OIG"). Plaintiff also received a response from the Office of Information Policy ("OIP"), on behalf of the Office of the Attorney General and the Office of Public Affairs. OIP produced 55 pages of responsive documents, partially redacted, and withheld in full 39 pages of documents. On October 20, 2017, OIP produced a Vaughn Index to substantiate its redactions and withholdings.

3. The parties have reached an agreement in principal to resolve what is left of the case and are presently working to finalize that agreement.

4. The parties propose to file a further joint status report by December 15, 2017, if they have not filed a stipulation of dismissal before that time.

Dated: November 8, 2017

                                      Respectfully submitted,

                                      CHAD A. READLER
                                      Acting Assistant Attorney General

                                      ELIZABETH J. SHAPIRO
                                      Deputy Director, Federal Programs Branch

                                      */s/ Serena Orloff*
                                      SERENA M. ORLOFF
                                      California Bar No. 260888
                                      U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Ave. N.W.
                                      Washington, D.C. 20530
                                      (202) 305-0167

                                      Attorneys for Defendant

                                      */s/ Mark Gaber*
                                      MARK GABER
                                      DC Bar No. 988077
                                      PAUL M. SMITH
                                      DC Bar No. 358870
                                      ADAV NOTI
                                      DC Bar No. 490714
                                      Campaign Legal Center
                                      1411 K Street NW, Suite 1400
                                      Washington, DC 20005
                                      (202) 736-2200

                                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I certify that on the 8th day of November, 2017, I caused the foregoing document to be served on counsel for defendant by filing with the court's electronic case filing system.


                   */s/ Serena M. Orloff*
                   Serena M. Orloff